Case 7:22-mj-03841-UA   Document 91   Filed 03/03/23   Page 1 of 1

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                **Telephone 212-349-0230**

**By ECF**

March 3, 2023

APPLICATION GRANTED

*[signature]*

Hon. Judith C. McCarthy   *3-3-2023*

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   U.S. v. Jhenelle Ying & Justine Ying
       22 M 3841 (JCM)

Dear Judge McCarthy:

This letter is respectfully submitted to request a modification of the bail conditions for Jhenelle and Justine Ying.   Jhenelle and Justine Ying are sisters living in Fort Lauderdale, Florida.   They are planning to move into an apartment together.   Signing a lease is taking on a financial obligation which they can only do with Your Honor's permission.   We respectfully request that the Ying sisters be permitted to sign a lease for an apartment that they will share.   Pre-trial Services will be provided with their new address as soon as the lease is signed.

Assistant United States Attorney Steven J. Kochevar has informed me that the Government consents to this request.

Respectfully submitted,

By:   /s/Andrew Patel
       Andrew G. Patel
       *Counsel for Jhenelle Ying*
       Bruce Koffsky
       *Counsel for Justine Ying*

cc:   Assistant United States Attorney
       Steven J. Kochevar (by email and ECF)