**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604

Telephone 212-349-0230

**By email and ECF**

January 22, 2024

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
1-22-2024

Re:   U.S. v. Jhenelle Ying
      22 M 3841 (JCM)

Dear Judge McCarthy:

  This letter is respectfully submitted to request that Ms. Ying be permitted to travel from her home in Ft. Lauderdale, FL, to Puerto Rico on or about February 15, 2024 to February 19, 2024.   The purpose of this travel is to celebrate Ms. Ying's birthday.   Ms. Ying has not made specific travel reservations pending the approval of this request.   If the travel request is granted, she will provide the details of her travel plans to her Pretrial Services Officer.

  I have been informed by Assistant United States Attorney Steven J. Kochevar that the Government has no objection to this request.   I have also been informed by Pretrial Services Officer Nelson Valenzuela, who supervises Ms. Ying in Florida, that he has no objection to this request.

Respectfully submitted,

By:   /s/Andrew Patel
   Andrew G. Patel

cc:   Steven J. Kochevar
      Assistant United States Attorney (by email)

      Nelson Valenzuela
      U.S. Pretrial Services Officer (by email)