**MEMO ENDORSED**

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604                                                                                          Telephone 212-349-0230

**By Email and ECF**

April 22, 2024

The Honorable Victoria Reznik
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
_____
Hon. Victoria Reznik, U.S.M.J.
Dated: 4/22/2024

                      Re:     U.S. v. Jhenelle Ying
                              22 M 3841 (UA)

Dear Judge McCarthy:

     This letter is respectfully submitted to request that Ms. Ying's bail be modified to permit her to travel from her home in Ft. Lauderdale, FL, to the Evermore Orlando Resort from June 9, 2024 returning June 13, 2024.   The purpose of this travel is to celebrate the birthdays of Ms. Ying's young children and that of her sister.   Ms. Ying's sister, Justine Ying, is a codefendant in this matter.   Justine Ying's request to travel was approved by the Honorable Andrew Krause.   If the travel request is granted, she will provide the details of her travel plans to her Pretrial Services Officer.

     I have been informed by Assistant United States Attorney Steven J. Kochevar that the Government consents to this request.   I have also been informed by Pretrial Services Officer Nelson Valenzuela, who supervises Ms. Ying in Florida, that he has no objection to this request.

                                         Respectfully submitted,

                                By:    /s/Andrew Patel
                                    Andrew G. Patel

cc:   Steven J. Kochevar
      Assistant United States Attorney (by email)

      Nelson Valenzuela
      U.S. Pretrial Services Officer (by email)